Case title: USA v. SWINK  　　　　　　　　　　Date Filed: 10/03/2024

Other court case number: 　　2:24cr570−27 Central District of California

Assigned to: MAG/JUDGE L. PATRICK AULD

**Defendant (1)**

**ASHLEE NICOLE SWINK**　　represented by　**ERIC D. PLACKE**
FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF N.C.
301 N. ELM ST., STE. 410
GREENSBORO, NC 27401
336−333−5455
Fax: 336−333−5463
Email: Eric_Placke@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**　　　　　　　　　**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**　　　　　　　　　　　　　**Disposition**

Rule 5 Arrest

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **MARY ANN COURTNEY**<br>UNITED STATES ATTORNEY'S OFFICE<br>101 SOUTH EDGEWORTH STREET, SUITE 400<br>GREENSBORO, NC 27401<br>336-332-6371<br>Email: mary.ann.courtney@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2024 | | Arrest (Rule 5) of ASHLEE NICOLE SWINK. (dk) (Entered: 10/03/2024) |
| 10/03/2024 | | Minute Entry for proceedings held before MAG/JUDGE L. PATRICK AULD: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to ASHLEE NICOLE SWINK held on 10/3/2024. Defendant advised of rights and charges. Defendant has waived her right to an Identity Hearing and reserves her rights to a preliminary hearing and detention hearing in the Central District of California. Defendant has requested court appointed counsel and she shall be transported in custody to the Central District of California for further proceedings. (SAUSA Mary Ann Courtney; Counsel for defendant FAFPD Eric Placke; Proceedings Recorded) (dk) (Entered: 10/03/2024) |
| 10/03/2024 | | Oral Motion for Detention by USA as to ASHLEE NICOLE SWINK. (dk) (Entered: 10/03/2024) |
| 10/03/2024 | 1 | SEALED FINANCIAL AFFIDAVIT by ASHLEE NICOLE SWINK. (lg) (Entered: 10/03/2024) |
| 10/03/2024 | 2 | **ORDER Appointing Assistant Federal Public Defender** signed by MAG/JUDGE L. PATRICK AULD on 10/03/2024 directing First Assistant Federal Public Defender Eric D. Placke to provide representation to ASHLEE NICHOLE SWINK in this action. (lg) (Entered: 10/03/2024) |
| 10/03/2024 | 3 | WAIVER of Rule 5 & 5.1 Hearings as to ASHLEE NICOLE SWINK. (lg) (Entered: 10/03/2024) |
| 10/03/2024 | 4 | COMMITMENT TO ANOTHER DISTRICT as to ASHLEE NICOLE SWINK. Defendant committed to District of Central District of California. Signed by MAG/JUDGE L. PATRICK AULD on 10/03/2024. (lg) (Entered: 10/03/2024) |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. ) 1:24mj384
)
ASHLEE NICOLE SWINK )

**ORDER**

The defendant having demonstrated eligibility for appointment of counsel at government expense, First Assistant Federal Public Defender Eric D. Placke is directed to provide representation in this action.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

Date: October 3, 2024

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:24mj384 |
| ) | |
| ASHLEE NICOLE SWINK ) | Charging District's Case No. 2:24cr570-27 |
| *Defendant* ) | |

**FILED OCT 03 2024**

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Central District of California

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ ~~an identity hearing, production of the warrant, and any preliminary or~~ detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: October 3, 2024

*Defendant's signature*

*Signature of defendant's attorney*

Eric D. Placke
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:24mj384 |
| | ) | |
| ASHLEE NICOLE SWINK | ) | Charging District's |
| *Defendant* | ) | Case No. 2:24cr570-27 |

**FILED OCT 03 2024**

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Central** District of **California**, *(if applicable)* _____ division. The defendant may need an interpreter for this language: _____ .

The defendant: ___ will retain an attorney.

X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: October 3, 2024

/s/ L. Patrick Auld
*Judge's signature*

L. Patrick Auld, United States Magistrate Judge
*Printed name and title*